UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v.- <br><br> MESSIAH PERRY, <br><br> Defendant. | 15 Cr. 608-5 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 3, 2021, the Court appointed counsel to assist Mr. Perry with a contemplated challenge to his conviction in this matter. (Dkt. #551). On August 9, 2021, counsel for Mr. Perry filed a notice of appearance. (Dkt. #554). Accordingly, the parties are hereby ORDERED to adhere to the following briefing schedule: Mr. Perry's opening papers are due on or before October 8, 2021; the Government's opposition is due on or before November 5, 2021, and Mr. Perry's reply, if any, is due on or before November 22, 2021.

SO ORDERED.

Dated:  August 11, 2021
        New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge