# MICHAEL H. SPORN
### ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY  
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD  
BAYSIDE, NEW YORK 11361

December 10, 2021

Hon. Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007



**MEMO ENDORSED**

Re: United States v. Messiah Perry  
Ind. No. 15 Cr 608 (KPF)

Dear Judge Failla:

    This letter is respectfully submitted to make a second request for an extension of time on behalf of Mr. Perry to submit any post-conviction motion for relief pursuant to *United States v. Davis*, 139 S. Ct. 2319 (2019). Since my prior request, I have been able to review the relevant materials in the docket and research the applicable case law. I have communicated to some extent with Mr. Perry through Corrlinks and regular mail. Before filing anything I would like to complete my dialogue with the client, who is in custody, about the appropriate next steps. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn  
*Digitally signed by Michael Sporn*  
*DN: cn=Michael Sporn, o, ou,*  
*email=mhsporn@gmail.com, c=US*  
*Date: 2021.12.10 16:27:09 -05'00'*

Michael H. Sporn

MHS/ss  
Cc: Scott Hartman, Esq.

Application GRANTED. The parties shall adhere to the following briefing schedule: Mr. Perry's opening submission is due January 10, 2022; the Government's opposition is due February 7, 2022; and Mr. Perry's reply is due February 21, 2022.

The Clerk of Court is directed to terminate the pending motion at docket number 582.

Dated:    December 10, 2021          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE